# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR18** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GLENN NICKERSON, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the letter request of the Warden, Federal Detention Center, Englewood, Colorado (FCI-Englewood), for an extension in the evaluation period of Glenn Nickerson, Jr. (Nickerson) pursuant to this court's order of December 26, 2007, which committed Nickerson to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. § 4241 (Filing No. 13). The Warden requests until February 25, 2008, in order to complete the study period and submit the final report no later than March 10, 2008. The request is granted.

**IT IS SO ORDERED.**

DATED this 11th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge