# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:08CR18 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GLENN NICKERSON, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to review detention by defendant Glenn Nickerson, Jr. (Nickerson) (Filing No. 29). Nickerson requests release to his father as a third party custodian. The proposed release plan does not ameliorate the public safety concerns addressed in the mental health evaluation and the detention hearing. The motion will be denied.

**IT IS ORDERED:**

Nickerson's motion to review detention (Filing No. 29) is denied.

DATED this 23rd day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge