IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR18** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GLEN NICKERSON, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's application for leave to proceed on appeal in forma pauperis (Filing No. 58), filed pursuant to Federal Rule of Appellate Procedure 24(a). The Defendant, who was represented by retained counsel in this Court, has filed a notice of appeal. (Filing No. 55.) The motion includes an affidavit regarding the Defendant's financial status.

IT IS ORDERED that the Defendant's application for leave to proceed on appeal in forma pauperis (Filing No. 58) is granted.

DATED this 19th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge